# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ricardo Onoroto,

Plaintiff(s),

v.

State Collection Service, Inc.,

Defendant(s).

Case No. 18 CV 1923

Judge Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Ricardo Onoroto
and against defendant(s) State Collection Service, Inc.
in the amount of $1001.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Cost and attorney's fees to be decided by the Court upon motion.

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey.

Date: 5/14/2018

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk